THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | |
|---|---|
| POWER CONSTRUCTORS, INC., an Idaho corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OLD REPUBLIC GENERAL INSURANCE CORPORATION, an Illinois corporation,<br><br>　　　　　Defendant. | CASE NO. C16-0521-JCC<br><br>ORDER |

　　The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 15). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1